**Order entered March 13, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00208-CV

## IN THE INTEREST OF R.L. AND A.L., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-20752**

## ORDER

Before the Court is appellant's March 11, 2020 motion for an extension of time to March 23rd to file her brief on the merits. Appellant mistakenly states in her motion that her brief is due on March 13, 2020. Appellant's brief, however, is due on March 23rd, twenty days after the reporter's record was filed. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellant's motion as premature.

/s/    ERIN A. NOWELL
JUSTICE